RECEIVED BY MAIL

FEB 25 2022

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Paul Aery

Plaintiff(s),

(Enter the full name(s) of ALL plaintiff(s)
and prisoner number(s) in this action.)

vs.

Kyle Nohre
(Individual & Official Capacity)

Beltrami County

Defendant(s).

(Enter the full name(s) of ALL defendants in
this action. Please attach additional sheets
if necessary).

Case No. _22-cv-491 (PJS/TNL)_
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ✓    NO____

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER
## 42 U.S.C. § 1983

### I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved



in this action or otherwise relating to your imprisonment in the last three years?

    ☒ Yes

    ☐ No

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

    1. Parties to the previous lawsuit:

        Plaintiffs: James Paul Aery

        Defendants: Kyle Nohre T ~~Beltrami County~~

    2. Court (If federal court, name the district. If state court, name the state and county.):

        District of MN

    3. Case Number:

        0:20cv-01959-PJS-LIB

    4. Name of judge assigned to the case: Patrick J. Shilte

    5. Cause of action (Cite the statute under which you filed and write a brief statement of the case): 42 USC Section 1983 Assault by Deputy Sheriff

    6. Disposition or final determination of the case (for example, dismissed or appealed). Appealed

    7. Approximate date of filing the lawsuit: September 14, 2020

    8. Approximate date of disposition or final determination of the lawsuit: January 2022

***Attach a copy of the disposition or final determination of the lawsuit if it was filed in a court other than the U.S. District Court for the District of Minnesota.***

If there was more than one lawsuit, describe the additional lawsuits on a separate sheet of paper answering the same questions in the same order as above in Question 1(b). Label this information as Question 1(b).
Check here if additional sheets of paper are attached. ☐

II. PRESENT PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in the institution?

    ☒ Yes

    ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

    ☐ Yes

    ☒ No

C. If you answered "yes" to question II.B.:
  1. What steps did you take: N/A

  2. What was the result?


    ***Attach a copy of the decision or disposition received from the prisoner grievance procedure.****

D. If you answered "no" to question II.B., explain why you did not present the facts relating to your complaint in a prisoner grievance procedure.
    Action related to event before/during arrest.


III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A.    Name of Plaintiff: James Paul Aery

    Prisoner Number  5294

    Address  626 Minnesota Ave NW
    Bemidji, MN 5660)

Additional Plaintiffs:

Provide each defendant's full name, official position, and place of employment.  Attach
additional sheets of paper, if necessary.

B.   Name: Kyle Nohre

Official Position: Beltrami County Deputy Sheriff

Employer's Address: 613 Minnesota Ave NW
Bemidji, MN 56601

Additional Defendants: Beltrami County

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE
PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached: ☐**
**Please label the attached sheets of paper as II.A. for Plaintiffs and II.B. for Defendants.**

IV. STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim.  Describe how each
individual defendant is personally involved, including dates, places and specific wrongful acts or
omissions by each defendant.  Each factual allegation should be provided in separately lettered
paragraphs, beginning with letter A.  Do not make any legal arguments or cite any cases or
statutes.

A. Spring of 2019 Deputy Nohre was malicious
and negligent when he allowed his K9 to inflict
demonstrable harm to me without notice when
searching for fleeing subject while stating

4

that he had seen light-colored cloth in brush yet not announcing he had a dangerous animal or attempting to restrain the animal even though the animal is considered

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** X
**Please label the attached sheets of paper to as Additional Facts and continue to letter the paragraphs consecutively.**

V. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Do not make any legal arguments or cite any cases or statutes.

A statement rights were violated, compensatory, punitive and exemplary damages in the amount of $1,500,000 and all fees and costs the court deems just, proper, and equitable.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed this 22 day of February, 2022

Signature(s) of Plaintiff(s) [signature]

626 Minnesota Ave NW
Bemidji, MN 56601

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

# Additional facts

a deadly weapon. This unprovoked attack has caused severe distress around officers and in general distrust in the system due to the attorney representing me and judge involved not considering my harm. I have psychological harm from this as well.

B. Beltrami County did not adequately train and/or supervise its deputies; in Spring of 2019, regarding reasonable seizures through a custom and/or policy reflecting disregard and/or concern for decency to arrestees or general public which caused me physical, mental, emotional and psychological damage by allowing Deputy Nohre to attack me unprovoked with deliberate indifference; thereby permitting and/or encouraging it's officers to engage in such conduct without review/and/or discipline

for violating citizens rights.

C. An unknown officer who was also present accepted this behavior of Deputy Nohre as being reasonable which adds to the culpibility of the County in regards to policy and/or custom of tolerating abuse.