James Aery
626 Minnesota Ave NW
Bemidji, MN 56601

RECEIVED BY MAIL
FEB 25 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
District of Minnesota
Clerk's Office Suite 202
300 South Fourth Street
Minneapolis, MN 55415

US POSTAGE ℠ PITNEY BOWES
ZIP 56601 $ 001.56
02 1W
0001368440 FEB 23 2022

SCANNED
FEB 25 2022
U.S. DISTRICT COURT MPLS

5541531320 C093