~~Case: 0:22-cv-00009-SRN-LIB~~

JAMES PAUL AERY
BELTRAMI COUNTY JAIL
626 MINNESOTA AVENUE NW
BEMIDJI MN 56601
US

RECEIVED BY MAIL
APR 06 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
APR 06 2022
U.S. DISTRICT COURT MPLS

-----------------------------------------------------

Dear Clerk,

In Aery v. Nohre et al 22-CV-491-PJS-TNL the Defendant Kyle Nohre is now a Deputy Sheriff employed by Hubbard County in the State of Minnesota which the U.S. Marshal's need notified to effect service of this case complaint and summons. Please pass this along to correct party.

Thank you.

Sincerely,

Dated: 3-31-22

[signature]