US District Court
District of Minnesota

Aery
vs
Nohre et al

RECEIVED BY MAIL
JUL 08 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Case No 22-CV-491 (PJS/TNL)

Rule 33
Interrogatories

Plaintiff requires Defendants Kyle Nohre and Beltrami County to individually and officially answer the following under oath.

1. Define 'serious offense' as used in apprehension guidelines Policy 318.6 of Beltrami County Sheriff's Office. Both

2. What reasons did you have for not giving announcement and warning as required under Policy 318.6.2? Nohre

3. What reason did you have for swearing at me so aggressively and vulgarly? Nohre

4. What did your Policy 318.6.3 report consist of? Nohre

5. On Page 2365 of NOHRE Line 21-30 describe how Mac was able to 'run' in thick brush with a leash unrestrained when you identified 'light-colored cloth'? Nohre

6. What reasons did you use for allowing me to be bitten by Mac? Nohre

SCANNED
JUL 08 2022
U.S. DISTRICT COURT MPLS

7. How many times, as a canine team, have you allowed a suspect to be bit? Nohre

8. Who was the shift sageant who approved the locate and apprehend canine use? Nohre

9. Define 'aggressively enforce laws' as used in BCSO Policy Manual Mission Statement Major Goals. (What is the definition?) Both

10. How often does Beltrami County review the BCSO Policies? Beltrami County

11. Who in Beltrami County has responsibility for authorizing BCSO Policies? (Person(s) name & position) Beltrami County

The above questions are regarding dates, times and events in question. You have 10 days to respond as per the Scheduling Order.

Dated: 7-1-22

Sincerely,

James Aery
626 Minnesota Ave NW
Bemidji MN 56601