# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James Paul Aery, | Civil No. 22-cv-0491 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Kyle Nohre et al., | |
| Defendants. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 5, 2022 (ECF No. 34), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's motion for "Emergency Injunction" (ECF No. 30) is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: September 6, 2022

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
Chief United States District Court Judge
for the District of Minnesota