UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| James Paul Aery, | Civ. No. 22-CV-00491 (JMB/TNL) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Kyle Nohre, Individual and Official Capacity; and Beltrami County, | |
| Defendants. | |

_____

The above entitled action having been fully compromised and settled,

IT IS HEREBY STIPULATED, by and between the parties thereto, through their respective counsel, that Plaintiff James Paul Aery's claims against Defendant Beltrami County are hereby dismissed with prejudice and without attorney's fees, costs or disbursements of any kind to any of the parties.

IT IS HEREBY STIPULATED, that Plaintiff affirmatively waives his right to appeal any and all decisions relating to the above entitled action.

IT IS FURTHER STIPULATED, that without further notice the Court Administrator of the above Court may enter a judgment of dismissal with prejudice and without attorney's fees, costs or disbursements of any kind to any of the parties.

GUSTAFSON GLUEK PLLC

Dated: February 12, 2024

/s/Daniel E. Gustafson
Daniel E. Gustafson #202241
Frances Mahoney-Mosedale #402741
Attorneys for Plaintiff
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
dgustafson@gustafsongluek.com
fmahoneymosedale@gustafsongluek.com

2

|  |  |
|---|---|
|  | QUINLIVAN & HUGHES, P.A. |
| Dated: February 12, 2024 | /s/Dyan J. Ebert<br>Dyan J. Ebert #0237966<br>Elle M. Lannon #0400873<br>Attorneys for Defendants<br>PO Box 1008<br>St. Cloud, MN  56302-1008<br>(320) 251-1414<br>debert@quinlivan.com<br>elannon@quinlivan.com |