UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| James Paul Aery, | Civ. No. 22-CV-00491 (JMB/TNL) |
| Plaintiff, | |
| vs. | **ORDER FOR JUDGMENT AND JUDGMENT** |
| Kyle Nohre, Individual and Official Capacity; and Beltrami County, | |
| Defendants. | |

_____

The foregoing Stipulation of Dismissal with Prejudice, having been presented to the Court on behalf of the above parties:

IT IS HEREBY ORDERED, that Plaintiff James Paul Aery's claims against Defendant Beltrami County are hereby dismissed with prejudice, but without attorney's fees, costs or disbursements of any kind to any party including Plaintiff's waiving of his right to appeal.

IT IS HEREBY ORDERED, that Plaintiff affirmatively waives his right to appeal any and all decisions relating to the above entitled action.

IT IS FURTHER ORDERED that without further notice, a Judgment of Dismissal with Prejudice and upon the merits and without attorney's fees, costs or disbursements to any of the parties, may be entered herein.

BY THE COURT:

Dated:_____         _____
                                    The Honorable Jeffrey M. Bryan
                                    United States District Court Judge

1